KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Charles Henry, I, | ) No. CIV 05-763-TUC-CKJ |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Sgt. Zimmerlin, et al., | ) |
| Defendants. | ) |

Plaintiff David Charles Henry, I, presently confined in the Arizona State Prison Complex-Lewis,[1] has filed a Civil Rights Complaint by a Prisoner ("Complaint") pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*.

On March 2, 2006, Plaintiff filed a Motion to Amend Complaint (Doc. #6).

**Application to Proceed In Forma Pauperis**

Plaintiff's request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is required to pay the statutory filing fee of two hundred fifty dollars ($250.00) for this action.

Plaintiff will not be assessed an initial filing fee. However, Plaintiff will be obligated for monthly payments of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Court will direct the appropriate agency to collect these

---

[1] Plaintiff was confined in the Pima County Jail at the time he filed the Complaint.

1  monthly payments, which will be forwarded to the Clerk of Court each time the amount in
2  Plaintiff's account exceeds ten dollars ($10.00), until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).

4        Plaintiff should take notice that if he is released before the filing fee is paid in full, he
5  must pay the remaining unpaid amount of the filing fee within one hundred twenty (120)
6  days of the date of his release.  If Plaintiff fails to pay the remainder of the filing fee within
7  one hundred twenty (120) days of the date of his release, the action will be dismissed, unless
8  Plaintiff shows good cause, in writing, why he is unable to pay the remainder of the filing
9  fee.

10 **Motion to Amend Complaint**

11       Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a "party may amend
12 the party's pleading once as a matter of course at any time before a responsive pleading is
13 served."  Because the Defendants have not yet been served in this action and have therefore
14 not served any responsive pleadings, the Court will grant Plaintiff's Motion to Amend
15 Complaint.  Plaintiff shall have thirty (30) days from the filing date of this Order to file an
16 amended complaint.  If Plaintiff fails to file an amended complaint within thirty (30) days
17 of the filing date of this Order, the Court will screen Plaintiff's original Complaint.

18       Plaintiff is cautioned that all causes of action alleged in an original complaint which
19 are not alleged in an amended complaint are waived and defendants named in an original
20 complaint who are not named in an amended complaint are dismissed.  Hal Roach Studios
21 v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990) ("an amended pleading
22 supersedes the original"); King v. Atiyeh, 814 F.2d 565 (9th Cir. 1987).

23       Any amended complaint filed by Plaintiff must be retyped or rewritten in its entirety
24 on the current, Court-approved form included with this Order and may not incorporate any
25 part of the original Complaint by reference.  See Local Rule of Civil Procedure ("LRCiv")
26 15.1(a)(2).  If Plaintiff cannot fit all of his supporting facts in favor of a particular count on
27 the Court-approved form, then he may continue on an attachment, but each matter on any
28 attachment must be clearly referenced to a particular count on the Court-approved form, and

1  be numbered appropriately.

2  **Rule 41(b) Warning**

3  If Plaintiff fails to timely comply with every provision of this Order, this action will
4  be dismissed without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th
5  Cir.) (district court may dismiss action for failure to comply with any order of the court), cert.
6  denied, 506 U.S. 915 (1992).

7  **IT IS THEREFORE ORDERED** as follows:

8  (1)  Plaintiff's Application to Proceed *In Forma Pauperis*, filed with the Complaint,
9  is GRANTED;

10  (2) Plaintiff is OBLIGATED to pay the statutory filing fee of two hundred fifty dollars
11  ($250.00) for this action. Plaintiff will not be assessed an initial partial filing fee. However,
12  Plaintiff will be OBLIGATED for monthly payments of twenty percent (20%) of the
13  preceding month's income credited to Plaintiff's trust account. These payments will be
14  forwarded by the appropriate agency to the Clerk of the Court each time the amount in
15  Plaintiff's account exceeds ten dollars ($10.00), until the filing fee is paid in full. 28 U.S.C.
16  § 1915(b)(2). All fees shall be collected and paid in accordance with this Court's Order filed
17  concurrently herewith;

18  (3) Plaintiff's March 2, 2006 Motion to Amend Complaint (Doc. #6) is GRANTED.
19  Plaintiff SHALL HAVE thirty (30) days from the filing date of this Order to file an amended
20  complaint in order to state specific allegations of deprivation of constitutional rights against
21  proper defendant(s), to name as defendant(s) the individual(s) who participated in the
22  activities alleged in his amended complaint, to state what injury he has suffered as a result
23  of the activities of the defendant(s), and to show how, prior to filing this action, he exhausted
24  his administrative remedies as to each of his claims for relief. The amended complaint must
25  be retyped or rewritten in its entirety on the current, Court-approved form included with this
26  Order, may not incorporate any part of the original Complaint by reference, and must contain
27  Plaintiff's original signature. If Plaintiff fails to file the  amended complaint on a current,
28  Court-approved form, the amended complaint will be stricken, and the action dismissed

- 3 -

1 without further notice to Plaintiff. Any amended complaint submitted by Plaintiff should be
2 clearly designated as an amended complaint on the face of the document;

3     (4) A clear, legible copy of every pleading or other document filed SHALL
4 ACCOMPANY each original pleading or other document filed with the Clerk for use by the
5 District Judge or Magistrate Judge to whom the case is assigned. See LRCiv 5.4. **Failure**
6 **to submit a copy along with the original pleading or document will result in the**
7 **pleading or document being stricken without further notice to Plaintiff;**

8     (5) At all times during the pendency of this action, Plaintiff SHALL IMMEDIATELY
9 ADVISE the Court and the United States Marshal of any change of address and its effective
10 date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice
11 shall contain only information pertaining to the change of address and its effective date,
12 except that if Plaintiff has been released from custody, the notice should so indicate. The
13 notice shall not include any motions for any other relief. Failure to file a NOTICE OF
14 CHANGE OF ADDRESS may result in the dismissal of the action for failure to prosecute
15 pursuant to Federal Rule of Civil Procedure 41(b); and

16     (6) The Clerk of the Court is DIRECTED to provide Plaintiff with a current, Court-
17 approved form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983.

19     DATED this 25th day of May, 2006.

                                                 Cindy K. Jorgenson
                                                 United States District Judge